# United States Court of Appeals
## For the First Circuit

No. 13-1884

UNITED STATES,

Appellee,

v.

DAWLIN CABRERA, a/k/a Rolando Andujar, a/k/a Boss Man, a/k/a D,

Defendant, Appellant.

Before

Howard, Thompson and Kayatta
<u>Circuit Judges</u>..

**JUDGMENT**

Entered: December 5, 2014

     Having carefully reviewed the briefs and the record, we find that, in imposing sentence, the district court committed no error.  Specifically, appellant has failed to show that the district court based its sentence on impermissible factors or abused its wide discretion, given the nature of the offense conduct as weighed against the 18 U.S.C. § 3553(a) factors considered and explained on the record.  <u>See</u> <u>United States</u> v. <u>Santiago-Rivera</u>, 744 F.3d 229, 234 (1st Cir. 2014).

     Affirmed.  <u>See</u> Loc. R. 27.0(c).

By the Court:

<u>/s/ Margaret Carter, Clerk</u>

cc:
Leslie Feldman-Rumpler
Donald A. Feith
Seth R. Aframe
Margaret D. McGaughey