UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| DAWLIN CABRERA, | ) | |
|     a/k/a Rolando Andujar | ) | |
|     a/k/a Boss Man, a/k/a D, | ) | |
| | ) | |
|     Petitioner, | ) | 1:11-cr-00205-JAW-04 |
| | ) | 1:15-cv-00210-JAW |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
|     Respondent. | ) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on October 30, 2015 his Recommended Decision (ECF No. 882). Mr. Cabrera filed his objections to the Recommended Decision on November 16, 2015 (ECF No. 884). The Government filed its response to the objections on November 27, 2015 (ECF No. 886). I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore ORDERED that the Recommended Decision of the Magistrate Judge (ECF No. 882) is hereby AFFIRMED.

2. Accordingly, it is hereby <u>ORDERED</u> that Dawlin Cabrera's 28 U.S.C. § 2255 Motion (ECF No. 872) be and hereby is <u>DENIED</u>.

3. It is further <u>ORDERED</u> that no certificate of appealability should issue in the event the Dawlin Cabrera files a notice of appeal because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

SO ORDERED.

<u>/s/ John A. Woodcock, Jr.</u>
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 21st day of December, 2015