UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 1:11-cr-00205-JAW |
| v. | ) | |
| | ) | |
| DAWLIN CABRERA | ) | |

GOVERNMENT'S MOTION TO SEAL IS RESPONSE TO THE COURT'S AUGUST 6, 2021 ORDER AND THIS MOTION TO SEAL

The United States of America requests that the Court seal this motion and the government's response to the Court's August 6, 2021 order concerning the unsealing of documents related to Dawlin Cabrera's cooperation. ECF No. 1088.

The government's response asks the Court to extend the seal of the documents concerning Cabrera's cooperation until the termination of his supervised release and contains information about the defendant's cooperation reflected in the presently sealed documents. Thus, the government's response should be sealed until the documents subject to the Court's August 6, 2021 order are unsealed. The government therefore requests that its response to the Court's August 6, 2021 and this motion be sealed for the same duration as the documents subject to the Court's August 6, 2021 order.

Respectfully submitted,

Merrick B. Garland
U.S. Attorney General

Date: August 20, 2021

By: /s/ Matthew T. Hunter
Matthew T. Hunter
Special Attorney to the U.S. Attorney General
Pursuant to 28 U.S.C. § 515
53 Pleasant St. 4th Floor
Concord, NH 03301
(603) 225-1552
Matthew.Hunter@usdoj.gov